UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| OTTLITE TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERILUX, INC., a Connecticut corporation<br><br>Defendant. | Case No. 8:09-cv-608 |

## DEFENDANT VERILUX, INC.'S MOTION TO DISMISS OR TRANSFER VENUE

Defendant Verilux, Inc. ("Verilux" or "Defendant"), by its attorneys and in accordance with 28 U.S.C. § 1404 hereby moves this Court for an Order, in the proposed form annexed, to dismiss or transfer this action to the U.S. District Court of Connecticut. Verilux submits herewith a memorandum of law, its proposed order, a Declaration of Nicholas Harmon in support of this Motion, and a Declaration of Michael J. Kosma in support of this Motion.

Dated June 16, 2009

Respectfully submitted,

/s Matthew S. Nelles
Matthew S. Nelles
Florida Bar No.: 009245
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A
200 East Broward Boulevard
P.O. Box 1900
Ft. Lauderdale, Florida 33302

1

Phone: 954/527-2492; Fax: 954/333-4092
Email: matt.nelles@ruden.com

*Attorneys for Defendant*
*Verilux, Inc.*

Of Counsel:
Wesley W. Whitmyer, Jr.
Steven Simonis
Michael J. Kosma
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut  06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record on the following Service List, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Matthew S. Nelles
Matthew S. Nelles, Esq.

## SERVICE LIST

**Attorneys for Plaintiff**

Christopher Paradies, Ph.D., Esq.
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL  33602
Tel:  (813) 222 1190
cparadies@fowlerwhite.com

Richard George Salazar, Esq.
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL  33602
Tel:  (813) 228 7411
Fax: (813) 229 8313
rsalazar@fowlerwhite.com