```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

OTTLITE TECHNOLOGIES, INC.,

      Plaintiff,
v.                                          Case No. 8:09-cv-608-T-33TBM

VERILUX, INC.,

      Defendant.
_____/

VERILUX, INC.,

      Plaintiff,
v.                                          Case No. 8:09-cv-1844-T-33AEP

OTTLITE TECHNOLOGIES, INC.,

      Defendant.
_____/

## **ORDER**

This matter is before the Court pursuant to the Agreed Motion to Consolidate (the "Motion" Doc. # 32), which was filed on September 24, 2009. In the Motion, the parties submit, "The complaints in the two separate cases are nearly identical, arise out of the same alleged incidents, and seek the same damages." (Doc. # 32 at 2). Further, the docket reflects that the parties are represented by the same respective attorneys in each case. Upon due consideration, the Court finds that the cases are substantially related and involve the same questions of fact and law.

Pursuant to Federal Rules of Civil Procedure 42 and Local Rule 1.04(c), M.D. Fla., the Court may consolidate actions involving a

common question of law or fact to avoid unnecessary costs or delay. Such consolidation is appropriate in this instance, and the Motion is due to be granted.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Agreed Motion to Consolidate (Doc. # 32) is **GRANTED**.

(2) The Clerk is directed to consolidate case 8:09-cv-608-T-33TBM and case 8:09-cv-1844-T-33AEP for all further proceedings.

(3) This action shall proceed under the lead case of 8:09-cv-608-T-33TBM, and all future pleadings shall be filed in that case. Case 8:09-cv-1844-T-33AEP is administratively closed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>27th</u> day of September, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Counsel of Record